# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND MAGDALENO,<br><br>Plaintiff,<br><br>v.<br><br>KAREN HOLMES, DVM et al.,<br><br>Defendants. | **13-cv-1941 LJO-GSA**<br><br>**ORDER GRANTING IFP**<br><br>**(Doc. 2)** |

Plaintiff Raymond Magdaleno ("Plaintiff"), appearing pro se, filed the instant complaint on December 2, 2013. (Doc. 1). Also on December 2, 2013, Plaintiff submitted an application to proceed in forma pauperis. (Doc. 2). A review of the application reveals that Plaintiff is entitled to proceed in forma pauperis and his application is therefore GRANTED.

IT IS SO ORDERED.

Dated:   **December 11, 2013**            **/s/ Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE

1